```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A03-0145--CV (JKS)
                "ANDREW J. DAYTON V BRUNO STOLC ET AL"

         Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  LMR 4(4)
            Filed: 06/26/03
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (530) Habeas Corpus: General
                   28 USC 2254
           Origin: (5) Transferred
           Demand:
       Filing fee: In Forma Pauperis
         Trial by:


Parties of Record:                      Counsel of Record:
─────────────────────────────────────────────────────────────────────

PLF 1.1           DAYTON, ANDREW J.     Mary C. Geddes
                                        Federal Public Defender
                                        550 W. 7th Avenue, Suite 1600
                                        Anchorage, AK 99501
                                        907-646-3400
                                        FAX 907-646-3408

DEF 1.1           STOLC, BRUNO          Nancy R. Simel
                                        Attorney General's Office
                                        310 K Street, Suite 308
                                        Anchorage, AK 99501
                                        907-269-6250

DEF 2.1       [T] ATTORNEY GENERAL, STATE OF ALASKA
                                        No counsel found for this party!
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0145--CV (JKS)
                          "ANDREW J. DAYTON V BRUNO STOLC ET AL"

                                   For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  LMR 4(4)
             Filed:  06/26/03
            Closed:  NO

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (530) Habeas Corpus: General
                     28 USC 2254
            Origin:  (5) Transferred
            Demand:
        Filing fee:  In Forma Pauperis
          Trial by:
```

```
Document #   Filed      Docket text

NOTE -   1   06/26/03   Notation: All transferred documents are listed on the manual docket
                        sheet lodged in the original file.

   8 -   1   06/26/03   Copy of USDC of AZ Order transferring case CV 02-0783-PHX-JAT (VAM) to
                        Anchorage, AK w/att docs.

   9 -   1   07/07/03   JKS Minute Order re: notice of transfer and order of case
                        CV02-0783-PHX-JAT (VAM) to A03-0145-CV (JKS).  cc: cnsl

  10 -   1   07/25/03   JKS Order directing svc and response; clk shall cy D. Kossler w/order
                        and pet; Atty General of the SOA dism; appl to waive filing gee granted;
                        appl for appt of cnsl granted; amended pet due 08/20/03; respondent
                        shall file ans or other responsive pleading by 09/19/03; mot for evid
                        hrg may be made w/in 30 days after date of ans; matter referred to MJ
                        Roberts under LMR 4(4). cc: cnsl; PCLC, FPD (CJA Clerk), D. Kossler, MJ
                        Roberts

  11 -   1   07/31/03   PLF 1 Attorney Appearance of Mary Geddes (FPD).

  12 -   1   07/31/03   DEF 1 Attorney Substitution of Nancy Simel (AAG Suite 308).

  13 -   1   08/12/03   DEF 1 Unopposed motion for an ext of time to 10/15 to file amended
                        petition & answer to 11/17/03 w/att aff.

  14 -   1   08/13/03   JDR Order granting unopposed motion for an ext of time to 10/15 to file
                        amended petition and to 11/17 for answering brief (13-1). cc: cnsl

  15 -   1   10/15/03   PLF 1 Notice to the crt that petitioner seeks dismissal of his petition
                        w/o prejudice w/att aff.

  16 -   1   12/18/03   PLF 1 Notice of intention to file amended petition by 12/30/03.

  17 -   1   01/02/04   PLF 1 Unopposed motion to accept late-filed request for extension of
                        time for additional time to file an amended petition w/att aff.

  18 -   1   01/05/04   JKS Order granting unoppo mot to accept late-filed req for ext of time
                        (17-1); amended pet due 1/16/04. cc: cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0145--CV (JKS)
                         "ANDREW J. DAYTON V BRUNO STOLC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 19 - 1 | 01/16/04 | PLF 1 motion on shortened time for one day ext of time to file amended petition w/att aff. |
| 20 - 1 | 01/20/04 | PLF 1 Unopposed motion on shortened time for ext of time (to 1/21) to file amended petition w/att aff. |
| 21 - 1 | 01/21/04 | JDR Order granting motion on shortened time for one day ext of time to file amended petition (19-1), unopposed motion on shortened time for ext of time (to 1/21) to file (20-1). cc: cnsl |
| 22 - 1 | 01/21/04 | PLF 1 Petition for Writ of H/C per 28:2254(Amended) w/att exhs. |
| 23 - 1 | 02/17/04 | DEF 1 motion to dismiss habeas petition. |
| 24 - 1 | 02/17/04 | DEF 1 Notice of lodging state court documents. |
| 25 - 1 | 02/18/04 | PLF 1 Unopposed motion to ext time (to 3/22) to file oppo to mot to dismiss w/att aff. |
| 26 - 1 | 02/19/04 | JDR Order granting unopposed motion to ext time (to 3/22) to file oppo to mot to dismiss (25-1). cc: cnsl |
| 27 - 1 | 03/22/04 | PLF 1 opposition to DEF 1 motion to dismiss habeas petition. (23-1). |
| 28 - 1 | 04/09/04 | JDR Minute Order re O/A on respondent's motion to dismiss (23-1) set for 5/12/04 at 9:30 a.m. cc: cnsl |
| 29 - 1 | 05/12/04 | JDR Court Minutes [ECR: Debby Willoughby-Lyons] re O/A on respondent's motion to dismiss (held 5/12/04; taking under advisement motion to dismiss habeas petition (23-1); R&R to issue. cc: cnsl |
| 30 - 1 | 05/12/04 | DEF 1 Notice of lodging with att exh. |
| 31 - 1 | 05/14/04 | Initial R&R re: DEF 1 motion to dismiss habeas petition (23-1); Recommended be granted & this habeas action be dsmssd w/o prejudice; Objections due NOON 06/01/04. Reply due NOON 06/07/04. cc: cnsl, Judge Singleton |
| 32 - 1 | 06/01/04 | PLF 1 objection to R&R re: DEF 1 motion to dismiss habeas petition (23-1). |
| 33 - 1 | 06/07/04 | DEF 1 reply to objection to R&R re: DEF 1 motion to dismiss habeas petition. (23-1). |
| 34 - 1 | 06/09/04 | JDR Order holding in abeyance respondent's motion to dismiss habeas petition (23-1); petitioner's brief on his (objections at 32) request for stay of proceedings due w/in 10 days; respondent's oppo brief due 7 days after service. cc: cnsl |
| 35 - 1 | 06/21/04 | PLF 1 Response to Order of 6/9/04 at dkt # 34. |
| 36 - 1 | 08/25/04 | Amended R&R recommends DENYING re: DEF 1 motion to dismiss habeas petition. (23-1); obj due NOON 9/1/04; reply 9/7/04. cc: cnsl, Judge Singleton |
| 37 - 1 | 08/27/04 | PLF 1 Notice of unavailability. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0145--CV (JKS)
                          "ANDREW J. DAYTON V BRUNO STOLC ET AL"

                                    For all filing dates


Document #   Filed      Docket text

   37 -  2   08/27/04   PLF 1 motion for ext of time to file responses to objections to amended
                        R&R.

   38 -  1   08/30/04   JDR Order granting motion for ext of time to file responses to
                        objections to amended R&R re mot to dismiss by noon 9/10/04 (37-2).
                        cc: cnsl

   39 -  1   09/01/04   DEF 1 objection to R&R re: DEF 1 motion to dismiss habeas petition.
                        (23-1).

   40 -  1   09/10/04   PLF 1 motion to accept late filed motion ofr additional time to response
                        to objections to amended R&R (on shortened time).

   41 -  1   09/13/04   JDR Order granting motion to accept late filed motion for additional
                        time to response to objection (40-1);   response to object's to amended
                        reccomendation re mot to dsmss due 9/13/04. cc: cnsl

   42 -  1   09/13/04   PLF 1 response to objections to amended R&R re: DEF 1 motion to dismiss
                        habeas petition (23-1).

   43 -  1   09/15/04   JDR Minute Order re petitioner's supp response to objects to amended R&R
                        as directed due 9/16/04. cc: cnsl

   44 -  1   09/16/04   PLF 1 Response to Court's 9/15/04 Order.

   45 -  1   09/20/04   Final Amended R&R re: DEF 1 motion to dismiss habeas petition (23-1);
                        Recommends that the crt stay the habeas action while petitioner pursues
                        further relief before the Alaska appellate crts. cc: cnsl, Judge
                        Singleton

   46 -  1   09/30/04   JKS Order grant in part & denied in part motion to dismiss habeas
                        petition (23-1); w/regard to amended petition (22-1) the 1st claim is
                        stayed & hld in abeyance until petitioner has exhausted the remainder of
                        his claims; 2nd claim is dsmssd w/o prej; 3rd claim dsmssd w/prej;
                        petitioner to file status report re efforts to exhaust state claims due
                        3/30/05. cc: cnsl, MJ Roberts

   47 -  1   10/28/04   PLF 1 Interlocatory appeal to 9CCA of (46-1) filed 09/30/04. cc: cnsl,
                        Judge Singleton, 9CCA

 NOTE -  2   11/03/04   Transmittal: Forwarded notice of appeal (47-1) to 9CCA.

   48 -  1   11/03/04   Order by USDC denying Certificate of Appealability re: (47-1) cc:cnsl,
                        Judge Singleton, 9CCA

 NOTE -  3   11/19/04   Transmittal: Forwarded D.C. record to 9CCA consisting of 1 volume and 2
                        expando with docs from other district.

 NOTE -  4   01/31/05   Notation (re: Appeal): received from 9CCA records consisting of 1 volume
                        and 2 expando with docs from other district.

   49 -  1   03/15/05   PLF 1 Report re: exhaust state claims w/att exhs.

   50 -  1   03/29/05   9CCA inal Order re: notice of appeal (47-1) that the request for COA is
                        denied. cc: cnsl, Judge Singleton


ACRS: R_VDSDX              As of 12/01/05 at 3:09 PM by GARRY                        Page 3
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0145--CV (JKS)
                         "ANDREW J. DAYTON V BRUNO STOLC ET AL"

                                  For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 51 - | 1 | 04/13/05 | JKS Order that cnsl for A. Dayton shall file a status report by 4/25/05. cc: cnsl |
| 52 - | 1 | 04/25/05 | PLF 1 Status Report. |
| 53 - | 1 | 04/26/05 | JKS Minute Order that further stat rpt due by 5/25/05. cc: cnsl |
| 54 - | 1 | 06/17/05 | JKS Minute Order re timely stat rpt fld; cnsl to file stat rpt due w/in 15 days. cc: cnsl |
| 55 - | 1 | 07/05/05 | PLF 1 Status Report w/att exh. |
| 56 - | 1 | 07/06/05 | JKS Minute Order that further stat rpt due by 9/5/05. cc: cnsl |
| 57 - | 1 | 08/18/05 | PLF 1 Status Report w/att exhs. |
| 58 - | 1 | 08/19/05 | JKS Minute Order that further stat rpt due by 10/18/05. cc: cnsl |
| 59 - | 1 | 10/19/05 | PLF 1 Status Report. |
| 60 - | 1 | 10/26/05 | PLF 1 Updated Status Report. |
| 61 - | 1 | 11/04/05 | JKS Minute Order re petition to file a status rpt w/in 90 days. cc: cnsl |