**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  ANDREW J. DAYTON   v.   BRUNC STOLC, et al.

THE HONORABLE JOHN D. ROBERTS

D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO.  3:03-CV-00145-TMB

 Dan Maus 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 21, 2006

      The court has received a status report dated  February 17, 2006 .  The report is accepted.

      A further status report shall be filed by counsel for plaintiff on or before  April 17, 2006 , unless closing papers are sooner filed.

[]{IIA4.WPD*Rev.12/96}