Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW J. DAYTON,<br><br>       Petitioner,<br><br>vs.<br><br>BRUNO STOLC, et al.,<br><br>       Respondent. | Case No. 3:03-cv-0145-JKS<br><br>**UPDATED STATUS REPORT** |

Petitioner, Andrew J. Dayton, by and through counsel Mary C. Geddes, Assistant Federal Defender, files this updated status report. This matter has been stayed pending resolution of his state court petition for post-conviction relief.

Mr. Dayton has filed an appeal of the denial of his state post-conviction relief petition in the Alaska Court of Appeals; the matter is assigned Case No. A-09422. On January 26, 2006, the Court of Appeals determined it should not have accepted Mr. Dayton's *pro se* briefing because he had not waived his right to representation; the Court therefore has remanded the matter to the Superior Court which was required to take some action by March 28,

2006, so that the appeal can proceed. The Superior Court initially planned a hearing for April 2, 2006, but it was rescheduled until April 20, 2006. The Supreme Court has asked for a status report by April 21, 2006.

DATED this 17th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on April 17, 2006, a copy of the
foregoing document was served electronically on:

Nancy Simel, Esq.

/s/ Mary C. Geddes