Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW J. DAYTON,<br><br>           Petitioner,<br><br>vs.<br><br>BRUNO STOLC, et al.,<br><br>           Respondent. | Case No. 3:03-cv-0145-JKS<br><br>**UPDATED STATUS REPORT** |

        Petitioner, Andrew J. Dayton, by and through counsel Mary C. Geddes, Assistant Federal Defender, files this updated status report.  This matter has been stayed pending resolution of his state court petition for post-conviction relief.

        Mr. Dayton's state post-conviction relief case is still active according to the CourtView docketing system.  The most recent entries are dated May 15, 2006 (a filing by Mr. Dayton), and May 8, 2006 (an Order from the court).

Counsel will further investigate these entries and report what else she has learned, since confusingly the online system states the file is "closed."

.   DATED this 19th day of May, 2006.

>Respectfully submitted,
>
>FEDERAL PUBLIC DEFENDER
>FOR THE DISTRICT OF ALASKA
>
>/s/ Mary C. Geddes
>Assistant Federal Defender
>Alaska Bar No. 8511157
>550 West 7th Avenue, Suite 1600
>Anchorage, AK  99501
>Ph:  (907) 646-3400
>Fax:  (907) 646-3480
>mary_geddes@fd.org

Certification:

I certify that on May 19, 2006, a copy of the
foregoing document was served electronically on:

Nancy Simel, Esq.

/s/ Mary C. Geddes