Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW J. DAYTON,<br><br>                    Petitioner,<br><br>vs.<br><br>BRUNO STOLC, et al.,<br><br>                    Respondent. | Case No. 3:03-cv-0145-JKS<br><br>**STATUS REPORT** |

   Petitioner, ANDREW J. DAYTON, by and through counsel Mary C. Geddes, Assistant Federal Defender, files this status report.  The undersigned is filing this status report in advance of its due date because she is on leave from May 27 until July 5.

   She has learned from the Alaska Supreme Court that Mr. Dayton's appeal from the denial of post-conviction relief is still pending, that he has been appointed a new appellate attorney, Rachael Leavitt, that Ms. Leavitt has until July 6, 2006, to provide the court with any amended points on appeal, and that the briefing schedule will be determined sometime thereafter.

In light of the foregoing, the undersigned gathers that Mr. Dayton's case is progressing relatively slowly through the state courts, but is progressing, nevertheless. Accordingly, it is proposed that Mr. Dayton next notify this court of his state court case status in six months' time.

DATED this 24th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 24, 2006, a copy of the
foregoing document was served electronically on:

Nancy Simel, Esq.

/s/ Mary C. Geddes