Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Respondent Bruno Stolc

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW J. DAYTON,  )<br>  )<br>   Petitioner,  )<br>  )<br>   vs.  )<br>  )<br>BRUNO STOLC,  )<br>Warden Central Arizona Detention  )<br> Center,  )<br>  )<br>   Respondent.  )<br>_____ ) | Case No. 3:03-cv-0145-JKS-JDR<br><br>STATUS REPORT |

   Respondent files this status report to comply with this court's order that the parties file a status report on or before September 25, 2006. [Dkt. 71]

   The undersigned attorney has reviewed the file relating to Dayton's appeal at the Alaska Court of Appeals, *Dayton v. State*, No. A-9422. According to the documents in this file, new appellate counsel, Daniel Lowery of the Alaska

Public Defender Agency, was appointed to represent Dayton. The Alaska Court of Appeals has directed attorney Lowery to file an amended statement of points on appeal and any designation of transcript on or before September 25, 2006. After these documents are filed and any designated transcript is prepared, a briefing schedule will follow. In short, this appellate matter is not yet at the briefing stage.

DATED September 22, 2006 , at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Nancy R. Simel
    Assistant Attorney General
    State of Alaska, Dept. of Law
    Office of Special Prosecutions
       and Appeals
    310 K St., Suite 308
    Anchorage, Alaska 99501
    Telephone: (907) 269-6250
    Facsimile: (907) 269-6270
    e-mail: Nancy_Simel@law.state.ak.us
    Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on September 22, 2006, a copy of the foregoing Status Report was served electronically on Mary C. Geddes.

s/ **Nancy R. Simel**