Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Respondent Bruno Stolc

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW J. DAYTON, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> BRUNO STOLC, ) <br> Warden Central Arizona Detention ) <br> Center, ) <br> ) <br> Respondent. ) <br> _____) | Case No. 3:03-cv-0145-JKS-JDR <br><br> STATUS REPORT |

Respondent files this status report to comply with this court's order that the parties file a status report on or before December 21, 2006. [Dkt. 73]

The undersigned attorney has reviewed the status of *Dayton v. State*, Alaska Court of Appeals No. A-9422 on the Alaska Appellate Courts Case Management System website, http://www.appellate.courts.state.ak.us/.

According to the website, the designated transcript has been prepared and this appeal is now in the briefing stage. Once briefing has been completed and any requested oral argument held, the case will become ripe for decision.

DATED December 20, 2006 , at Anchorage, Alaska.

    TALIS J. COLBERG
    ATTORNEY GENERAL

    s/ Nancy R. Simel
       Assistant Attorney General
       State of Alaska, Dept. of Law
       Office of Special Prosecutions
          and Appeals
       310 K St., Suite 308
       Anchorage, Alaska 99501
       Telephone: (907) 269-6250
       Facsimile: (907) 269-6270
       e-mail: Nancy_Simel@law.state.ak.us
       Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on December 20, 2006, a copy of the foregoing Status Report was served electronically on Mary C. Geddes.

    s/ **Nancy R. Simel**