Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Respondent Bruno Stolc

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW J. DAYTON,            )<br>                              )<br>        Petitioner,          )<br>                              )<br>    vs.                       )<br>                              )<br> BRUNO STOLC,                 )<br> Warden Central Arizona Detention )<br> Center,                      )<br>                              )<br>        Respondent.           )<br>_____) | Case No. 3:03-cv-0145-JKS<br><br>STATUS REPORT |

Respondent files this status report in accordance with this court's order that the parties file a status report on or before March 20, 2007. [Dkt. 75]

The undersigned attorney has reviewed the office file relating to Dayton's appeal in the Alaska Court of Appeals, *Dayton v. State*, No. A-9422. According to the documents in this file, the case is now at the briefing stage.

Dayton's opening brief is currently due on May 4, 2007.  Once Dayton files his opening brief, the state will file its brief.  Dayton then will have an opportunity to file a reply brief.  Once briefing is complete, and any oral argument is held, the case will become ripe for decision.  In short, this appellate matter is still in the beginning of the briefing stage.

DATED March 20, 2007, at Anchorage, Alaska.

>TALIS J. COLBERG
>ATTORNEY GENERAL
>
>s/ Nancy R. Simel
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>      and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: Nancy_Simel@law.state.ak.us
>   Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on March 20, 2007, a copy of the foregoing Status Report was served electronically on Mary C. Geddes.

s/ Nancy R. Simel