Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Respondent Bruno Stolc

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW J. DAYTON, )<br>)<br>    Petitioner, )<br>)<br>vs. )<br>)<br>BRUNO STOLC, )<br>Warden Central Arizona Detention<br>Center, )<br>)<br>    Respondent. )<br>_____) | Case No. 3:03-cv-0145-JKS<br><br><u>STATUS REPORT</u> |

Respondent files this status report in accordance with this court's order that the parties file a status report on or before July 6, 2007. [Dkt. 7?]

The undersigned attorney has reviewed the office file relating to Dayton's appeal in the Alaska Court of Appeals, *Dayton v. State*, No. A-9422. According to the documents in this file, the case is still in the briefing stage. Dayton has filed his opening brief. The state's brief is currently due on July 6,

2007, but the state has requested an extension of 60 days for filing its brief. Once the state files its brief, Dayton will have an opportunity to file a reply brief. Once briefing is complete, and if oral argument is requested, oral argument occurs, the case will become ripe for decision.

DATED July 6, 2007 , at Anchorage, Alaska.

> TALIS J. COLBERG
> ATTORNEY GENERAL
>
> s/ Nancy R. Simel
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>     and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: Nancy_Simel@law.state.ak.us
>   Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on July 6, 2007, a copy of the foregoing **Status Report** was served electronically on **Mary C. Geddes**

s/ **Nancy R. Simel**