Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy.Simel@alaska.gov

Attorney for Respondent Bruno Stolc

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW J. DAYTON,            ) <br> ) <br> Petitioner,            ) <br> ) <br> vs.            ) <br> ) <br> BRUNO STOLC,            ) <br> Warden Central Arizona Detention    ) <br> Center,            ) <br> ) <br> Respondent.            ) <br> _____) | Case No. 3:03-cv-0145-JKS <br><br> STATUS REPORT |

Respondent files this status report in accordance with this court's order that the parties file a status report on or before September 7, 2007. [Dkt. 79]

The undersigned attorney has reviewed the office file relating to Dayton's appeal in the Alaska Court of Appeals, *Dayton v. State*, No. A-9422. According to the documents in this file, the case is still in the briefing stage.

Dayton has filed his opening brief. The state has requested an extension of time until December 3, 2007, for filing its brief. Once the state files its brief, Dayton will have an opportunity to file a reply brief. Once briefing is complete, and any oral argument occurs, the case will become ripe for decision.

DATED September 7, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Nancy R. Simel
    Assistant Attorney General
    State of Alaska, Dept. of Law
    Office of Special Prosecutions
        and Appeals
    310 K St., Suite 308
    Anchorage, Alaska 99501
    Telephone: (907) 269-6250
    Facsimile: (907) 269-6270
    e-mail: Nancy.Simel@alaska.gov
    Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on September 7, 2007, a copy of the foregoing Status Report was served electronically on **Mary C. Geddes**

s/ **Nancy R. Simel (8506080)**