Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: nancy.simel@alaska.gov

Attorney for Respondent Bruno Stolc

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW J. DAYTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:03-cv-0145-JKS |
| ) | |
| BRUNO STOLC, ) | STATUS REPORT |
| Warden Central Arizona Detention | |
| Center, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Respondent files this status report in accordance with this court's order that the parties file a status report on or before January 31, 2008.

The undersigned attorney has reviewed the office file relating to Dayton's appeal in the Alaska Court of Appeals, *Dayton v. State*, No. A-9422. According to the documents in this file, the case is still in the briefing stage. Dayton has filed his opening brief. The state's brief is currently due on February

1, 2008, but it is anticipated that the state will request an additional extension of time for filing its brief. Once the state files its brief, Dayton will have an opportunity to file a reply brief. Once briefing is complete, and any oral argument occurs, the case will become ripe for decision.

DATED January 31, 2008 , at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Nancy R. Simel
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
      and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: nancy.simel@alaska.gov
   Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on January 31, 2008, a copy of the foregoing **Status Report** was served electronically on **Mary Geddes.**

s/ **Nancy R. Simel**