Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: nancy_simel@alaska.gov

Attorney for Respondent Bruno Stolc

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW J. DAYTON,<br><br>      Petitioner,<br><br>vs.<br><br>BRUNO STOLC,<br>Warden Central Arizona Detention Center,<br><br>      Respondent. | Case No. 3:03-cv-0145-JKS<br><br>STATUS REPORT |

Respondent files this status report in accordance with this court's order that the parties file a status report on or before April 30, 2008.

The undersigned attorney has reviewed the office file relating to Dayton's appeal in the Alaska Court of Appeals, *Dayton v. State*, No. A-9422, and the case management website of the Alaska Court of Appeals. According to the court of appeals's website, the case is at the end of the briefing stage. Both the

opening brief and the state's brief have been filed. Dayton's reply brief has been submitted and is undergoing a technical review by the court. Once the brief is accepted, which ordinarily occurs within a few days to a week, briefing will be considered complete. The case will then be ripe for decision. Based on the experience of the undersigned attorney, this next phase of the appellate process can take anywhere from approximately three months to two years.

DATED April 30, 2008 , at Anchorage, Alaska.

>TALIS J. COLBERG
>ATTORNEY GENERAL
>
>s/ Nancy R. Simel
>    Assistant Attorney General
>    State of Alaska, Dept. of Law
>    Office of Special Prosecutions
>       and Appeals
>    310 K St., Suite 308
>    Anchorage, Alaska 99501
>    Telephone: (907) 269-6250
>    Facsimile: (907) 269-6270
>    e-mail: nancy.simel@alaska.gov
>    Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on April 30, 2008, a copy of the foregoing **Status Report** was served electronically **Mary C. Geddes.**

s/ **Nancy R. Simel (8506080)**