Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy.Simel@alaska.gov

Attorney for Respondent Bruno Stolc

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ANDREW J. DAYTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:03-cv-0145-JKS |
| ) | |
| BRUNO STOLC, ) | STATUS REPORT |
| Warden Central Arizona Detention ) | |
| Center, ) | |
| ) | |
| Respondent. ) | |
| ) | |

      Respondent files this status report in accordance with this court's order that the parties file a status report on or before July 31, 2008.

      The undersigned attorney has reviewed the office file relating to Dayton's appeal in the Alaska Court of Appeals, *Dayton v. State*, No. A-9422. According to the office file, briefing is complete and the case is ripe for decision. The opening brief, the state's brief, and the reply brief all have been filed. A

clerk with the appellate court's office confirmed that the case is ripe for decision. Based on the experience of the undersigned attorney, this phase of the appellate process can take anywhere from approximately three months to two years.

DATED July 31, 2008 , at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Nancy R. Simel
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: Nancy.Simel@alaska.gov
   Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on July 31, 2008, a copy of the foregoing Status Report was served electronically on Mary C. Geddes.

s/ Nancy R. Simel